

# MANDATE
## The Fourteenth Court of Appeals
NO. 14-11-00840-CR

Fredrichee Douglas Smith, Appellant

v.

The State of Texas, Appellee

Appealed from the 339th District Court of Harris County. (Tr. Ct. No. 1208812). Opinion delivered by Justice Jamison. Chief Justice Frost and Justice Wise also participating.

**TO THE 339TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before our Court of Appeals on December 19, 2013, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause was heard on the transcripts of the record of the court below, and having inspected the record, the Court holds there was no error in the judgment requiring reversal, but there was error in the judgment as entered, which is capable of reformation by this Court. Therefore, the judgment is **REFORMED** to delete the listing of a specific amount of court costs.

The Court orders the judgment **AFFIRMED** as **REFORMED**.

We further order appellant pay all costs expended in the appeal.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, December 11, 2015.

**CHRISTOPHER A. PRINE, CLERK**